### *CLINE vs. CALDWELL.*

APPEAL FROM THE COURT OF THE PARISH AND CITY OF
NEW-ORLEANS.

When the evidence is not conclusive, the cause will be remanded to be submitted to another jury.

This was an action on a breach of contract, wherein the jury found a verdict of $1000 for the plaintiff. On appeal, the Supreme Court not deeming the evidence conclusive, the cause was remanded for a new trial.

*Worthington* and *Morse* for appellant.

*Eustis* and *Dunbar*, for appellee.

*Martin, J.,* delivered the opinion of the court.

This is an action for damages, alleged to have been sustained by the plaintiff, a rope dancer, on a breach of contract, by the defendant, the manager of a theatre ; the former had a verdict and judgment for one thousand dollars, and the

latter appealed, after an unsuccessful effort to obtain a new trial.

The evidence is not conclusive, and after a mature consideration, we think the justice of the case demands that the case should be submitted to another jury.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Parish Court be ¦ annulled, avoided and reversed, the verdict set aside and the case remanded for a new trial; the appellees paying costs in this court.

*Eastern District,*
*May* 1831

CLINE.
*vs.*
CALDWELL.

Where the evidence is not conclusive· the cause will be· remanded· to be submitted to another jury.